**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLIE PEACOCK AND JOSE ORTIZ, on behalf of themselves and all other persons similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 12 CV 334 |
| v. | ) ) | Magistrate Judge Finnegan |
| CHICAGO TRANSIT AUTHORITY, | ) ) | |
| Defendant. | ) | |

**FINAL SETTLEMENT AGREEMENT AND RELEASE**

RECITALS

WHEREAS on January 17, 2012, Charlie Peacock and Jose Ortiz ("Named Plaintiffs") filed a Complaint, in the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 12 C 00334 (the "Litigation"), alleging a collective action under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.* ("FLSA"), and class action under the Illinois Minimum Wage Law, 820 ILCS 105/1, *et seq.* ("IMWL"), and the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, *et seq.* ("IWPCA"), for CTA's alleged failure to pay rail operations employees for time CTA required them to train in connection with system and section picks dating from August 2, 2009 through November 20, 2011 when those employees voluntarily picked to work in a new Section, to work out of a different terminal, or to work on a different rail line; and

WHEREAS, Tremayne Smith, Darwin Walker, Randy Doss, and Woody Williams ("Opt-in Plaintiffs") have given their consents in writing to become parties to the Litigation and have given written authorization to the Named Plaintiffs to represent them and have agreed in writing to be bound by any settlement of the case or adjudication by the Court; and

1

WHEREAS, effective April 5, 2012, by agreement of the parties, the statute of limitations was tolled effective April 5, 2012, such that there are two system picks and three section picks at issue in the Litigation, as follows: August 2, 2009 System Pick; February 2, 2010 System Pick; December 10, 2010 Section Pick; June 12, 2011 Section Pick; and November 20, 2011 Section Pick (collectively, the "2009-2011 Picks"); and

WHEREAS, the attorneys for Named Plaintiffs and Opt-in Plaintiffs have had the opportunity to examine CTA's records related to the aforementioned 2009 -2011 Picks, and CTA has identified additional rail operations employees who may have claims with respect to this Litigation ("Eligible Plaintiffs"); and

WHEREAS, the amount of compensable time at issue in the Litigation, and other relevant matters including but not limited to Named Plaintiffs, Opt-in Plaintiffs, and Eligible Plaintiffs (collectively "Plaintiffs") entitlement to liquidated damages are disputed; and

WHEREAS, CTA denies any liability to Plaintiffs in the Litigation but has concluded that it is desirable to settle the Litigation to avoid potential additional inconvenience, delay, and expense and to dispose of potentially burdensome and protracted litigation; and

WHEREAS, the attorneys for Named Plaintiffs and Opt-in Plaintiffs believe that the Litigation is meritorious but, recognizing that the Litigation would be protracted and would have an uncertain outcome, have concluded that it is desirable to settle the Litigation and that this settlement agreement is fair, adequate, reasonable, and in the best interests of Plaintiffs; and

IT IS THEREFORE AGREED:

## TERMS AND CONDITIONS OF AGREEMENT

1. *Recitals*. The recitals above are incorporated in and made a part of this settlement agreement.

2

2.   *Part of Judgment*.   This settlement agreement shall be entered as part of a stipulated final judgment in the Litigation.

3.   *Amount of Settlement*.   CTA agrees to pay Plaintiffs not more than $170,195.74 in the aggregate for unpaid wages, allocated individually in accordance with the spreadsheet attached as Exhibit A, and incorporated by reference, plus not more than $150,539.18 in the aggregate for liquidated damages, allocated individually at 88.4506185121% of the unpaid wages amounts set forth in Exhibit A, subject to the following conditions:

(a)   The Named Plaintiffs and Opt-in Plaintiffs shall receive two checks, one for unpaid wages, subject to the usual and customary withholdings and deductions, and one for liquidated damages, not subject to the usual and customary withholdings and deductions.

(b)   Each of the Eligible Plaintiffs shall receive two checks, one for unpaid wages, subject to the usual and customary withholdings and deductions, and one for liquidated damages, not subject to the usual and customary withholdings and deductions, provided that the Eligible Plaintiff submits a signed Consent to Join Suit as a Party Plaintiff ("Consent"), which is attached as Exhibit B and incorporated by reference, in sufficient time to have Plaintiffs' counsel file it with the Federal Court no later than June 18, 2013.  CTA shall have no liability under this Agreement to any Eligible Plaintiff who does not timely submit the required Consent to Plaintiffs' Counsel. The aggregate amount of payments listed in the first sentence of Paragraph 3 will be correspondingly reduced for each Eligible Plaintiff who does not timely submit the required Consent.

(c)   CTA has made a good faith effort to identify all rail operations employees who may have claims with respect to the subject matter of the Litigation.  In the event

that additional rail operations employees contact CTA or the attorneys for Named Plaintiffs and Opt-in Plaintiffs, and indicate that they believe they have a claim with respect to the subject matter of the Litigation, the attorneys for CTA and the attorneys for Named Plaintiffs and Opt-in Plaintiffs shall make reasonable, good faith efforts to determine whether such individuals are entitled to payment on such asserted claims. Provided, however, that CTA shall have no liability under this Agreement to any such individuals who do not make their asserted claims known to either CTA or the attorneys for Named and Opt-in Plaintiffs within 90 days after the mailing of the notice of right to join lawsuit and settlement referred to in Paragraph 5, below. Provided further that no additional payments shall be made by CTA unless CTA determines that such individuals are eligible for payments and such individuals submit a signed waiver and release.

4.      *Release*.  Each Named Plaintiff, Opt-in Plaintiff, and Eligible Plaintiff who timely submits a signed Consent in accordance with Paragraph 3(b), above, fully, finally, and forever releases, relinquishes, discharges, and waives any and all claims he or she has or might have against CTA, its officers, board and board members, employees, attorneys, and agents arising from any act, omission, or occurrence from the beginning of time until the date this settlement agreement is signed on account of any and all loss or damages of any kind whatsoever, known or unknown, allegedly sustained or which may hereafter be sustained allegedly in consequence of, arising out of, resulting from, or relating to any and all wage and hour allegations or wage and hour claims which have been raised or which could have been raised by, or which arise from or relate to the facts, transactions, or occurrences described in or encompassed by the Litigation including but not limited to all claims under: (a) the Fair Labor Standards Act, 29 U.S.C. Sec. 201 et seq.; (b) the Portal-to-Portal Pay Act, 29 U.S.C. Secs. 251 et seq.; (c) the Illinois

4

Minimum Wage Act, 820 ILCS 105/1 et seq.; (d) the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 et seq.; or (e) any other federal or state law, local ordinance, or regulation governing minimum wages, hours, or overtime compensation.

5. *Court Approval*.

(a) Within 5 days of execution of this agreement, the parties shall jointly move the Court for approval of this settlement agreement (in substantially the same form as Exhibit C, which is attached and incorporated herein by reference), including a request that the Court authorize notice and approve the mailing of a notice of right to join lawsuit and settlement agreement (in substantially the same form as Exhibit D, which is attached and incorporated by reference) and an order authorizing notice and granting approval of this settlement agreement (in substantially the same form as Exhibit E, which is attached and incorporated by reference).

(b) The parties shall jointly request that this settlement agreement be entered as an order of the Court and that the terms of this settlement agreement be expressly incorporated into the Court's order granting final approval of the settlement agreement. The parties shall further request that the Court dismiss the Litigation without prejudice effective June 26, 2013, and the Court shall retain jurisdiction over the Litigation for a period of 60 days after the date of dismissal without prejudice for purposes of enforcing the parties' settlement agreement. The parties shall request that the Court issue an order dismissing the Litigation with prejudice if no party files a motion to enforce the settlement agreement within 60 days after the date of dismissal without prejudice.

(c) Within five business (5) days after the date of the order approving the settlement agreement, CTA shall provide attorneys for Named Plaintiffs and Opt-in

Plaintiffs with the last known addresses of the Eligible Plaintiffs and, within ten (10) business days thereafter, attorneys for Named Plaintiffs and Opt-in Plaintiffs shall mail or cause to be mailed at Plaintiffs' expense the aforesaid form of notice of settlement, with all blanks appropriately filled in, by first class mail, postage prepaid, to all Eligible Plaintiffs at their last known addresses on file with CTA.

6.      *Payments to Plaintiffs*.  CTA shall mail the Named and four (4) Opt-in Plaintiffs the amounts allocated to them under Paragraph 3(a) within 45 days after the entry of the final judgment incorporating this settlement.  CTA shall mail the Eligible Plaintiffs who timely submit the Consent required by Paragraph 3(b) within 45 days after all the consents are simultaneously filed with the Federal Court by the attorneys for Named Plaintiffs and Opt-in Plaintiffs, assuming that Plaintiffs' attorneys provide a copy of all of the timely executed consents to CTA's attorneys on the day they are filed with the Court.  CTA shall make these payments by checks sent by first class mail, postage prepaid, to the last known addresses of Plaintiffs.  Said checks shall be valid for not less than 120 days from their issuance. CTA shall provide attorneys for Named Plaintiffs and Opt-in Plaintiffs with a copy of the payroll report (in Microsoft Excel format), indicating the Plaintiffs' names, badge numbers, addresses, payment amounts, check numbers, and the dates such checks were issued and mailed, within seven (7) days of the date they are mailed, and shall notify attorneys for Named Plaintiffs and Opt-in Plaintiffs of any checks that are returned as undeliverable within seven (7) days of its known receipt of any such returned checks.  CTA shall bear all costs of mailing all checks to Plaintiffs.

7.      *Attorneys' Fees and Costs*.

(a)      As part of this settlement agreement, CTA agrees to pay Jacobs, Burns, Orlove & Hernandez the sum of $64,000.00 in attorneys' fees and costs within 30 days

after the entry of the final judgment incorporating this settlement agreement.  It is further understood that this sum of $64,000.00 constitutes full and complete payment to Jacobs, Burns, Orlove & Hernandez for all past and future legal services rendered with respect to the Litigation on behalf of the Named Plaintiffs and Opt-in Plaintiffs, other than any legal services necessary to enforce this settlement agreement.

(b)     CTA agrees to bear its own attorney fees and costs and shall not seek attorney fees and costs from any Plaintiff or attorneys for Named Plaintiffs and Opt-in Plaintiffs.

8.     *Entire Agreement*.  This settlement agreement, including the recitals herein, constitutes the entire agreement between the parties hereto and supersedes any prior agreements or understandings between the parties with respect to the settlement.  This Agreement may be modified only by written agreement signed by the parties.

9.     *No Admissions*.  Neither this settlement agreement nor any action taken to carry out this settlement agreement is, may be construed as, gives rise to any presumption or inference of, or may be used as an admission or concession by or against CTA of any fault, wrongdoing, or liability whatsoever or of the validity of any claim by any Plaintiff.

10.     *Counterparts.* This settlement agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Photocopies, scanned copies, or facsimile copies of such signed counterparts may be used in lieu of the originals.

11.     *Miscellaneous Provisions*.  The parties hereto agree to the following provisions:

(a)     All of the exhibits attached hereto are incorporated by reference as though fully set forth herein.

(b)    The parties hereto have participated in the drafting of this settlement agreement and, accordingly, any claimed ambiguity should not be presumptively construed for or against any of the parties hereto.

(c)    This settlement agreement shall be interpreted and applied in accordance with federal law, where applicable, and, if not applicable, then Illinois law.

(d)    The parties hereto waive any right to appeal or collaterally attack the final judgment approving and incorporating this settlement agreement.

_Charlie 14 Peacock_                    Date: ___2 - 20 - 13___
Charlie Peacock
Named Plaintiff


_____                 Date: _____
Jose Ortiz
Named Plaintiff


_____                 Date: _____
Karen G. Seimetz
General Counsel
Chicago Transit Authority


8

TOTAL P.002

    (b)    The parties hereto have participated in the drafting of this settlement agreement and, accordingly, any claimed ambiguity should not be presumptively construed for or against any of the parties hereto.

    (c)    This settlement agreement shall be interpreted and applied in accordance with federal law, where applicable, and, if not applicable, then Illinois law.

    (d)    The parties hereto waive any right to appeal or collaterally attack the final judgment approving and incorporating this settlement agreement.

_____     Date: _____
Charlie Peacock
Named Plaintiff

_____     Date: _____2/20/13_____
Jose Ortiz
Named Plaintiff

_____     Date: _____
Karen G. Seimetz
General Counsel
Chicago Transit Authority

8

(b)    The parties hereto have participated in the drafting of this settlement agreement and, accordingly, any claimed ambiguity should not be presumptively construed for or against any of the parties hereto.

(c)    This settlement agreement shall be interpreted and applied in accordance with federal law, where applicable, and, if not applicable, then Illinois law.

(d)    The parties hereto waive any right to appeal or collaterally attack the final judgment approving and incorporating this settlement agreement.

_____          Date: _____
Charlie Peacock
Named Plaintiff


_____          Date: _____
Jose Ortiz
Named Plaintiff


_____          Date:  2/20/13
Karen G. Seimetz
General Counsel
Chicago Transit Authority

8

# EXHIBIT A

August 2, 2009 Pick

| Section Change Report | | | | | Must Sheets | | | | | | | Damage Calculations | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EE Info | | | | | Training Needed | | | Required Training Hours | | | | Damage Calculations | | | |
| Badge No. | Last Name | First Name | Current Section | Picked Section | TW | SW | RTO | TW | SW | RTO | Total Hours Required | Base Rate of Pay | Unpaid Wages | Liquidated Damages | Total Damages |
| 35873 | Adway | A. | North | West - Grn | | Yes | Yes | | 12 | 21 | 33 | 27.184 | $ 1,345.61 | $ 1,190.20 | $ 2,535.81 |
| 35270 | Alexander | A. | West | Red - South | | Yes | Yes | | 15 | 16 | 31 | 27.184 | $ 1,264.06 | $ 1,118.07 | $ 2,382.12 |
| 44842 | Alvarado | Roman | North | Brown | | | Yes | | | 16 | 16 | 20.756 | $ 498.14 | $ 440.61 | $ 938.76 |
| 35466 | Anderson | Mark | South | Orange | Yes | Yes | | | 16 | 16 | 32 | 27.184 | $ 1,304.83 | $ 1,154.13 | $ 2,458.96 |
| 39589 | Aryee | Priscilla | Brown | West - Blue | Yes | | | | 33 | | 33 | 27.761 | $ 1,374.17 | $ 1,215.46 | $ 2,589.63 |
| 45616 | Ayala | Jose | South | Brown | | | Yes | | | 16 | 16 | 19.373 | $ 464.95 | $ 411.25 | $ 876.20 |
| 49087 | Baez | Christopher | South | West - Blue | Yes | Yes | | 33 | 21 | | 54 | 19.029 | $ 1,541.35 | $ 1,363.33 | $ 2,904.68 |
| 39650 | Baker | Leroy | South | West - Grn | Yes | | | | 12 | | 12 | 27.184 | $ 489.31 | $ 432.80 | $ 922.11 |
| 45618 | Barr | Mark | South | Brown | | | Yes | | | 16 | 16 | 19.373 | $ 464.95 | $ 411.25 | $ 876.20 |
| 39751 | Bates | Natasha | South | West - Blue | Yes | | | | 33 | | 33 | 27.761 | $ 1,374.17 | $ 1,215.46 | $ 2,589.63 |
| 49144 | Bell | Maria | West | Green - South | | | Yes | | 8 | | 8 | 19.029 | $ 228.35 | $ 201.98 | $ 430.32 |
| 43582 | Bentancur | Ricardo | North | West - Blue | Yes | Yes | | 33 | 21 | | 54 | 27.184 | $ 2,201.90 | $ 1,947.60 | $ 4,149.50 |
| 39334 | Blakely | Kyle | South | West - Blue | | | Yes | | 33 | | 33 | 27.761 | $ 1,374.17 | $ 1,215.46 | $ 2,589.63 |
| 39285 | Booker | Gerald | Orange | West - Blue | | | Yes | | 33 | | 33 | 27.761 | $ 1,374.17 | $ 1,215.46 | $ 2,589.63 |
| 22997 | Branch | Mae | | South | Yes | | | 16 | | | 16 | 27.779 | $ 666.70 | $ 589.70 | $ 1,256.39 |
| 39214 | Brown | M. | North | Red - South | | Yes | Yes | | 15 | 16 | 31 | 27.675 | $ 1,286.89 | $ 1,138.26 | $ 2,425.15 |
| 45010 | Brown | M. | West | Red - South | | Yes | Yes | | 15 | 16 | 31 | 20.388 | $ 948.04 | $ 838.55 | $ 1,786.59 |
| 42181 | Bryant | N. | South | West - Blue | Yes | Yes | | 33 | 21 | | 54 | 27.184 | $ 2,201.90 | $ 1,947.60 | $ 4,149.50 |
| 44732 | Buckner | Christina | South | Orange | Yes | | Yes | 14 | | 16 | 30 | 20.388 | $ 917.46 | $ 811.50 | $ 1,728.96 |
| 39592 | Cabrera | Juan | Brown | West - Grn | Yes | | | | 12 | | 12 | 27.761 | $ 499.70 | $ 441.99 | $ 941.68 |
| 45683 | Cancel | E. | South | West - Grn | | | | | 12 | | 12 | 19.029 | $ 342.52 | $ 302.96 | $ 645.48 |
| 42699 | Cannon | Bianca | North | West - Blue | Yes | Yes | | 33 | 21 | | 54 | 27.184 | $ 2,201.90 | $ 1,947.60 | $ 4,149.50 |
| 44002 | Cazarez | Gabriel | West | Orange | Yes | Yes | | | 16 | 16 | 32 | 27.184 | $ 1,304.83 | $ 1,154.13 | $ 2,458.96 |
| 34648 | Chambers | M. | West | Red - South | | Yes | Yes | | 15 | 16 | 31 | 27.184 | $ 1,264.06 | $ 1,118.07 | $ 2,382.12 |
| 32486 | Clay | M. | Brown | West | | | Yes | | 21 | | 21 | 27.761 | $ 874.47 | $ 773.48 | $ 1,647.95 |
| 35619 | Davis | D. | North | Brown | | | Yes | | 16 | | 16 | 27.184 | $ 652.42 | $ 577.07 | $ 1,229.48 |
| 36061 | Dawson | K. | South | West | | | Yes | | 21 | | 21 | 27.761 | $ 874.47 | $ 773.48 | $ 1,647.95 |
| 45235 | De Pettus | K. | West | Green - South | | | Yes | | 8 | | 8 | 19.373 | $ 232.48 | $ 205.63 | $ 438.10 |
| 42784 | DeSavieu | Dominique | North | West - Blue | Yes | Yes | | | 33 | 21 | 54 | 27.184 | $ 2,201.90 | $ 1,947.60 | $ 4,149.50 |
| 45621 | Dominguez | Javier | North | Brown | | | Yes | | | 16 | 16 | 19.373 | $ 464.95 | $ 411.25 | $ 876.20 |
| 41981 | Donaldson | Michael | West | Green - South | | | Yes | | 8 | | 8 | 27.675 | $ 332.10 | $ 293.74 | $ 625.84 |
| 27182 | Durham | Selena | West | Green - South | Yes | | | 16 | | | 16 | 27.184 | $ 652.42 | $ 577.07 | $ 1,229.48 |
| 49090 | Falcon | Juan | South | West | | | Yes | | 21 | | 21 | 19.373 | $ 610.25 | $ 539.77 | $ 1,150.02 |
| 37476 | Finger Jr. | J. | North | Red South | Yes | | | | 15 | | 15 | 27.761 | $ 624.62 | $ 552.48 | $ 1,177.10 |
| 45546 | Folliard | Michael | Brown | Orange | Yes | | | | 16 | 16 | 32 | 19.373 | $ 929.90 | $ 822.51 | $ 1,752.41 |
| 42584 | Garner | E. | North | West - Grn | Yes | Yes | | 12 | 21 | | 33 | 27.184 | $ 1,345.61 | $ 1,190.20 | $ 2,535.81 |
| 42743 | Godinez | Carlos | West | Orange | Yes | Yes | | | 16 | 16 | 32 | 27.184 | $ 1,304.83 | $ 1,154.13 | $ 2,458.96 |
| 48152 | Graham | Darryl | South | North | Yes | | | 31 | 19 | | 50 | 20.388 | $ 1,529.10 | $ 1,352.50 | $ 2,881.60 |
| 48201 | Green | Angela | Brown | West | | | Yes | | 21 | | 21 | 20.756 | $ - | $ - | $ - |
| 49093 | Guerrero | Issac | South | West | | | Yes | | 21 | | 21 | 19.373 | $ 610.25 | $ 539.77 | $ 1,150.02 |
| 42050 | Hardy | Jamese | Brown | West - Blue | Yes | | | | 33 | | 33 | 27.761 | $ 1,374.17 | $ 1,215.46 | $ 2,589.63 |
| 45756 | Harris | Nathaniel | North | West | | | Yes | | 21 | | 21 | 19.373 | $ 610.25 | $ 539.77 | $ 1,150.02 |
| 42786 | Hawkins | N. | West | Green - South | | | RTO | | 8 | | 8 | 27.675 | $ 332.10 | $ 293.74 | $ 625.84 |
| 44962 | Hegewood | LeCroix | West | North | Yes | | | 31 | 19 | | 50 | 20.388 | $ 1,529.10 | $ 1,352.50 | $ 2,881.60 |
| 45687 | Hernandez | Jorge | South | West | | | Yes | | 21 | | 21 | 19.029 | $ 599.41 | $ 530.18 | $ 1,129.60 |
| 42618 | Hill | Sheno | North | West | Yes | Yes | | 33 | 21 | | 54 | 27.184 | $ - | $ - | $ - |
| 39059 | Housman | M. | South | West - Blue | | | Yes | | 33 | | 33 | 27.761 | $ 1,374.17 | $ 1,215.46 | $ 2,589.63 |
| 26446 | Hunter | Kenneth | South | West | | | Yes | | 21 | | 21 | 27.761 | $ 874.47 | $ 773.48 | $ 1,647.95 |
| 44518 | Jefferson | Flynn | Orange | Green - South | Yes | Yes | | 16 | | 8 | 24 | 21.747 | $ 782.89 | $ 692.47 | $ 1,475.36 |
| 39337 | Jones | Frederick | South | West - Grn | | | Yes | | 12.0 | | 12 | 27.761 | $ 499.70 | $ 441.99 | $ 941.68 |
| 45624 | Judeh | Ayub | North | Brown | | | Yes | | | 16 | 16 | 19.373 | $ 464.95 | $ 411.25 | $ 876.20 |
| 20279 | Kennedy | Michael | Orange | South | Yes | | | 16 | | | 16 | 27.675 | $ 664.20 | $ 587.49 | $ 1,251.69 |
| 45625 | Kokot | Gene-Paul | North | Brown | | | Yes | | | 16 | 16 | 19.373 | $ 464.95 | $ 411.25 | $ 876.20 |
| 44007 | Lagunas | Maria | West | Orange | | | Yes | | | 16 | 16 | 27.675 | $ 664.20 | $ 587.49 | $ 1,251.69 |
| 44008 | Lagunas | Roberto | West | Orange | Yes | Yes | | | 16 | 16 | 32 | 27.184 | $ 1,304.83 | $ 1,154.13 | $ 2,458.96 |
| 36084 | Leach | B. | North | West - Grn | Yes | | | | 12 | | 12 | 27.761 | $ 499.70 | $ 441.99 | $ 941.68 |
| 44009 | Lee | Nolan | West | Orange | | | Yes | | | 16 | 16 | 27.675 | $ 664.20 | $ 587.49 | $ 1,251.69 |
| 45573 | Madulara | R. | Orange | West - Grn | Yes | Yes | | 12 | 21 | | 33 | 19.029 | $ 941.94 | $ 833.15 | $ 1,775.08 |
| 45628 | Marrero III | Euricle | North | Brown | | | Yes | | | 16 | 16 | 19.373 | $ 464.95 | $ 411.25 | $ 876.20 |
| 20905 | Martin | A. | North | Red - South | | Yes | | | 15 | | 15 | 27.761 | $ 624.62 | $ 552.48 | $ 1,177.10 |
| 44064 | Martinez | Cesar | West | Orange | Yes | Yes | | | 16 | 16 | 32 | 27.184 | $ 1,304.83 | $ 1,154.13 | $ 2,458.96 |
| 44065 | Mendoza | Juan | North | Orange | Yes | Yes | | | 16 | 16 | 32 | 27.184 | $ 1,304.83 | $ 1,154.13 | $ 2,458.96 |
| 45574 | Mercado | Elizabeth | Orange | Brown | | | Yes | | | 16 | 16 | 19.373 | $ 464.95 | $ 411.25 | $ 876.20 |
| 39339 | Miller | K. | North | Green - South | | | Yes | | 8 | | 8 | 27.675 | $ 332.10 | $ 293.74 | $ 625.84 |
| 38647 | Mitchell | Albert | Orange | Brown | | | Yes | | | 16 | 16 | 27.675 | $ 664.20 | $ 587.49 | $ 1,251.69 |
| 39597 | Moore | C. | South | West - Blue | Yes | | | | 33 | | 33 | 27.761 | $ 1,374.17 | $ 1,215.46 | $ 2,589.63 |
| 44739 | Moore | Nina | South | North | Yes | | | 31 | 19 | | 50 | 20.388 | $ 1,529.10 | $ 1,352.50 | $ 2,881.60 |
| 31976 | Moore | T. | North | West | | | Yes | | 21 | | 21 | 27.675 | $ 871.76 | $ 771.08 | $ 1,642.84 |
| 44599 | Morgan | D. | North | West - Grn | | | | | 12 | | 12 | 21.747 | $ 391.45 | $ 346.24 | $ 737.68 |
| 25267 | Morris-Bell | Sherry | North | West - Blue | | | Yes | | 33 | | 33 | 27.761 | $ 1,374.17 | $ 1,215.46 | $ 2,589.63 |
| 39655 | Mounia | M. | South | West - Blue | | | Yes | | 33 | | 33 | 27.761 | $ 1,374.17 | $ 1,215.46 | $ 2,589.63 |
| 40169 | Muhammad | K. | West | Green - South | | | Yes | | 8 | | 8 | 27.675 | $ 332.10 | $ 293.74 | $ 625.84 |
| 27070 | New | Micelle | North | Orange | | | Yes | | | 16 | 16 | 27.675 | $ 664.20 | $ 587.49 | $ 1,251.69 |
| 45630 | Nowak | Walter | South | Orange | Yes | Yes | | | 16 | 16 | 32 | 19.029 | $ 913.39 | $ 807.90 | $ 1,721.29 |
| 43589 | Ortega | David | West | Orange | | | Yes | | | 16 | 16 | 27.675 | $ 664.20 | $ 587.49 | $ 1,251.69 |

**Section Change Report**

| Badge No. | Last Name | First Name | Current Section | Picked Section | TW | SW | RTO | TW | SW | RTO | Total Hours Required | Base Rate of Pay | Unpaid Wages | Liquidated Damages | Total Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | EE Info | | | Training Needed | | | Required Training Hours | | | | Damage Calculations | | | |
| 24853 | Peacock | Charlie | Orange | West - Blue | | Yes | | | 33 | | 33 | 27.761 | $ 1,374.17 | $ 1,215.46 | $ 2,589.63 |
| 44413 | Perez | Sarah | North | West | | | Yes | | | 21 | 21 | 22.14 | $ 697.41 | $ 616.86 | $ 1 314.27 |
| 45576 | Perez | Thomas | West | Orange | | Yes | Yes | | 16 | 16 | 32 | 19.029 | $ 913 39 | $ 807.90 | $ 1,721.29 |
| 36933 | Pittman | Roslyn | Brown | Red - South | | | Yes | | | 16 | 16 | 27.675 | $ 664 20 | $ 587.49 | $ 1,251.69 |
| 45577 | Renaud-Amir | Rasheed | Orange | West - Blue | | Yes | Yes | | 33 | 21 | 54 | 19.029 | $ 1,541 35 | $ 1,363.33 | $ 2,904.68 |
| 45013 | Rhea | D. | West | Red - South | | Yes | Yes | | 15 | 16 | 31 | 20 388 | $ 948 04 | $ 838.55 | $ 1,786.59 |
| 42054 | Richmond | Leo | North | West - Grn | | Yes | | | 12 | | 12 | 27.675 | $ 498.15 | $ 440.62 | $ 938.77 |
| 44066 | Rivera | Angel | North | Brown | | | Yes | | | 16 | 16 | 27.184 | $ 652.42 | $ 577.07 | $ 1,229.48 |
| 34859 | Rochon | James | West | Orange | | Yes | Yes | | 16 | 16 | 32 | 27.184 | $ 1,304 83 | $ 1,154.13 | $ 2,458.96 |
| 27448 | Rodriguez | Jose | North | Brown | | | Yes | | | 16 | 16 | 27.675 | $ 664 20 | $ 587.49 | $ 1,251.69 |
| 42507 | Ross | E. | North | Red - South | | Yes | | | 15 | | 15 | 27.184 | $ 611.64 | $ 541.00 | $ 1,152.64 |
| 26947 | Sherden | G. | North | West - Blue | | Yes | | | 33 | | 33 | 27.761 | $ 1,374.17 | $ 1,215.46 | $ 2,589.63 |
| 45551 | Simmons | Carnell | West | Orange | | Yes | Yes | | 16 | 16 | 32 | 19.029 | $ 913 39 | $ 807.90 | $ 1,721.29 |
| 44209 | Smith | James | South | West | | | Yes | | | 21 | 21 | 27.675 | $ 871.76 | $ 771.08 | $ 1,642.84 |
| 28746 | Soto | M. | Brown | West - Blue | | Yes | Yes | | 33 | 21 | 54 | 27.184 | $ 2,201 90 | $ 1,947.60 | $ 4,149.50 |
| 45046 | Sowa | J. | West | Red - South | | Yes | Yes | | 15 | 16 | 31 | 20 388 | $ 948 04 | $ 838.55 | $ 1,786.59 |
| 39343 | Sylva | Daniel | Orange | Green - South | | Yes | Yes | | 21 | 8 | 29 | 27.184 | $ 1,182 50 | $ 1,045.93 | $ 2,228.44 |
| 49102 | Tanner | Quintin | West | Red - South | | Yes | Yes | | 15 | 16 | 31 | 19 373 | $ 900 84 | $ 796.80 | $ 1,697.65 |
| 42754 | Taylor | Burnard | West | Orange | | Yes | Yes | | 16 | 16 | 32 | 27.184 | $ 1,304 83 | $ 1,154.13 | $ 2,458.96 |
| 45527 | Taylor | Melvin | North | West | | | Yes | | | 21 | 21 | 20.756 | $ 653 81 | $ 578.30 | $ 1,232.12 |
| 39535 | Truss | Kimberly | South | Orange | | Yes | Yes | | 16 | 16 | 32 | 27.184 | $ 1,304 83 | $ 1,154.13 | $ 2,458.96 |
| 45632 | Velez | Dan | North | Orange | | Yes | Yes | | 16 | 16 | 32 | 19.029 | $ 913 39 | $ 807.90 | $ 1,721.29 |
| 24848 | Williams | Jule | North | West - Blue | | Yes | | | 33 | | 33 | 27.761 | $ 1,374.17 | $ 1,215.46 | $ 2,589.63 |
| 44182 | Wilson | G. | South | West - Grn | | Yes | Yes | | 12 | 21 | 33 | 27.184 | $ 1,345.61 | $ 1,190.20 | $ 2,535.81 |
| 21845 | Wisdom | Jerdean | South | Orange | Yes | | | 14 | | | 14 | 27.779 | $ 583 36 | $ 515.98 | $ 1,099.34 |
| | | | | | | | | | | | | | $ 94,210.77 | $ 83,330.01 | $ 177,540.77 |

February 7, 2010 System Pick

| | Section Change Report | | | | Training Needed | | | Must Sheets — Required Training Hours | | | | Damage Calculations | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Badge No. | Last Name | First Name | Current Section | Picked Section | TW | SW | RTO | TW | SW | RTO | Total Hours Required | Base Rate of Pay | Unpaid Wages | Liquidated Damages | Total Damages |
| 44921 | Aithmidane | T. | North | West - Grn | | Yes | Yes | | 12 | 21 | 33 | 22.508 | $ 1,114.15 | $ 985.47 | $ 2,099.62 |
| 45009 | Alarcon | A. | North | West - Grn | | Yes | Yes | | 12 | 21 | 33 | 22.508 | $ 1,114.15 | $ 985.47 | $ 2,099.62 |
| 44244 | Berrios | Marrybell | Brown | West | | | Yes | | | 21 | 21 | 28.644 | $ 902.29 | $ 798.08 | $ 1,700.36 |
| 42819 | Brown | T. | West | Green - South | | Yes | Yes | | 21 | 8 | 29 | 28.644 | $ 1,246.01 | $ 1,102.11 | $ 2,348.12 |
| 44732 | Buckner | C. | Orange | Red - South | Yes | | | 16.0 | | 16 | 32 | 22.508 | $ 1,080.38 | $ 955.61 | $ 2,035.99 |
| 45717 | Burgin Sr. | A. | West | Red - South | | | Yes | | | 16 | 16 | 20.051 | $ 481.22 | $ 425.65 | $ 906.87 |
| 39592 | Cabrera | Juan | West | Orange | | | Yes | | 16 | 16 | 32 | 28.135 | $ 1,350.48 | $ 1,194.51 | $ 2,544.99 |
| 44923 | Clayter | Raymond | West | Red South | Yes | | Yes | 16.0 | | 16 | 32 | 22.508 | $ 1,080.38 | $ 955.61 | $ 2,035.99 |
| 44225 | Collazo | Diana | Brown | West - Blue | | Yes | Yes | | 33 | 21 | 54 | 28.135 | $ 2,278.94 | $ 2,015.73 | $ 4,294.67 |
| 44175 | Colon | Israel | West | Orange | | Yes | Yes | | 16 | 16 | 32 | 28.135 | $ 1,350.48 | $ 1,194.51 | $ 2,544.99 |
| 27462 | Davison | S. | North | Red - South | | Yes | | | 15 | | 15 | 28.733 | $ 646.49 | $ 571.83 | $ 1,218.32 |
| 41980 | Dean | K. | Brown | Red - South | | | Yes | | | 16 | 16 | 28.135 | $ 675.24 | $ 597.25 | $ 1,272.49 |
| 44960 | Divito | A. | North | West - Grn | | Yes | Yes | | 12 | 21 | 33 | 22.508 | $ 1,114.15 | $ 985.47 | $ 2,099.62 |
| 42380 | Elliot | Charles | West | Orange | | Yes | Yes | | 16 | 16 | 32 | 28.135 | $ 1,350.48 | $ 1,194.51 | $ 2,544.99 |
| 49090 | Falcon | Juan | West | North | | | Yes | | | 19 | 19 | 19.373 | $ - | $ - | $ - |
| 44807 | Fernandez | Edward | North | Brown | | | Yes | | 16 | 16 | 32 | 22.508 | $ 1,080.38 | $ 955.61 | $ 2,035.99 |
| 26940 | Flowers | Elwood | West | Orange | Yes | | | 14.0 | | | 14 | 28.751 | $ 603.77 | $ 534.04 | $ 1,137.81 |
| 44737 | Fredrickson | Daniel | North | Brown | | | Yes | | | 16 | 16 | 22.915 | $ 549.96 | $ 486.44 | $ 1,036.40 |
| 45685 | Gonzalez | David | South | North | | | Yes | | | 19 | 19 | 19.695 | $ 561.31 | $ 496.48 | $ 1,057.79 |
| 44708 | Gonzalez | R. | North | West - Grn | | Yes | Yes | | 12 | 21 | 33 | 22.508 | $ 1,114.15 | $ 985.47 | $ 2,099.62 |
| 49092 | Gray | Antoinitta | West | Red - South | | | Yes | | | 16 | 16 | 19.695 | $ 472.68 | $ 418.09 | $ 890.77 |
| 28139 | Greene | S. | West | Red - South | | Yes | Yes | | 15 | 16 | 31 | 28.135 | $ 1,308.28 | $ 1,157.18 | $ 2,465.46 |
| 22844 | Hill | Elonzo | Orange | West - Grn | Yes | | | 52.0 | | | 52 | 28.751 | $ 2,242.58 | $ 1,983.57 | $ 4,226.15 |
| 39059 | Housmah | M. | West | Red - South | | Yes | | | 21 | | 15 | 28.733 | $ 646.49 | $ 571.83 | $ 1,218.32 |
| 31438 | Hull | Anthony | West | Green - South | | | Yes | | | 8 | 8 | 28.644 | $ 343.73 | $ 304.03 | $ 647.76 |
| 25009 | Hunter | Bruce | North | Green - South | | | Yes | | 15 | | 21 | 28.733 | $ 905.09 | $ 800.56 | $ 1,705.65 |
| 33886 | Johnson | Jean | Brown | West - Grn | | | Yes | | 12 | | 21 | 28.644 | $ 515.59 | $ 456.04 | $ 971.64 |
| 23022 | King | Carlos | North | Green - South | | | Yes | | 21 | | 21 | 28.733 | $ 905.09 | $ 800.56 | $ 1,705.65 |
| 44323 | Lacey | Cory | West | Green - South | | Yes | Yes | | 21 | 8 | 29 | 28.135 | $ 1,223.87 | $ 1,082.52 | $ 2,306.40 |
| 42587 | Leathers | K. | Brown | West | | | Yes | | | 21 | 21 | 28.644 | $ 902.29 | $ 798.08 | $ 1,700.36 |
| 21030 | Lopez | Augustin | North | Orange | | Yes | | | 16 | | 16 | 28.733 | $ 689.59 | $ 609.95 | $ 1,299.54 |
| 44620 | Marshall | Ramona | South | West - Blue | Yes | | | 24.5 | | | 24.5 | 23.001 | $ 845.29 | $ 747.66 | $ 1,592.95 |
| 42656 | Matthews | David | West | North | Yes | | Yes | 60.0 | | 19 | 79 | 22.508 | $ 2,667.20 | $ 2,359.15 | $ 5,026.35 |
| 42570 | Mcentee | M. | North | Red - South | | | Yes | | 16 | | 16 | 28.644 | $ 687.46 | $ 608.06 | $ 1,295.52 |
| 44710 | Moore | Michael | South | West - Grn | | Yes | Yes | | 12 | 8 | 20 | 22.508 | $ 675.24 | $ 597.25 | $ 1,272.49 |
| 48167 | Moreno | Luis | South | West - Blue | | Yes | Yes | | 33 | 21 | 54 | 22.508 | $ 1,823.15 | $ 1,612.59 | $ 3,435.73 |
| 44599 | Morgan | D. | West | North | | Yes | Yes | | 31 | 19 | 50 | 22.508 | $ 1,688.10 | $ 1,493.13 | $ 3,181.23 |
| 7955 | Nieves | Angel | West | Orange | Yes | | | 14.0 | | | 14 | 28.751 | $ 603.77 | $ 534.04 | $ 1,137.81 |
| 45630 | Nowak | W. | Orange | Green - South | | | Yes | | 19 | | 19 | 19.695 | $ 856.73 | $ 757.79 | $ 1,614.52 |
| 44356 | Ortiz | Jose | Brown | West - Blue | | Yes | Yes | | 33 | 21 | 54 | 28.135 | $ 2,278.94 | $ 2,015.73 | $ 4,294.67 |
| 37395 | Ortiz | Magdalia | Brown | Orange | | | Yes | | 16 | | 16 | 28.733 | $ 689.59 | $ 609.95 | $ 1,299.54 |
| 44425 | Padilla | Jose | North | Orange | | Yes | Yes | | 16 | 16 | 32 | 28.135 | $ 1,350.48 | $ 1,194.51 | $ 2,544.99 |
| 42705 | Patterson | S. | North | Red - South | | Yes | | | 15 | | 15 | 28.135 | $ 633.04 | $ 559.93 | $ 1,192.96 |
| 48155 | Pferschy | Marcus | North | West - Grn | Yes | | Yes | 52.0 | | 8 | 60 | 22.508 | $ 2,025.72 | $ 1,791.76 | $ 3,817.48 |
| 44812 | Press | Lamont | North | Brown | | Yes | Yes | | 16 | 16 | 32 | 28.644 | $ 1,374.91 | $ 1,216.12 | $ 2,591.03 |
| 23397 | Ramos | A. | North | South | | | Yes | | 21 | | 21 | 28.733 | $ 905.09 | $ 800.56 | $ 1,705.65 |
| 44967 | Rouse | Adriane | West | North | | | Yes | | | 19 | 19 | 22.915 | $ 653.08 | $ 577.65 | $ 1,230.73 |
| 45579 | Thomas | Grady | Orange | North | | | Yes | | | 19 | 19 | 20.051 | $ 571.45 | $ 505.45 | $ 1,076.91 |
| 48161 | Thomas | Paul | South | North | | Yes | Yes | | 31 | 19 | 50 | 22.508 | $ - | $ - | $ - |
| 25323 | Turnbough | James | South | West - Blue | | | Yes | | 33 | | 33 | 28.644 | $ 1,417.88 | $ 1,254.12 | $ 2,672.00 |
| 45632 | Velez | Dan | Orange | West - Grn | | Yes | Yes | | 12 | 21 | 33 | 20.051 | $ 992.52 | $ 877.89 | $ 1,870.42 |
| 20270 | Walker | Darvin | North | Orange | | | Yes | | 16 | 16 | | 28.644 | $ 687.46 | $ 608.06 | $ 1,295.52 |
| 41857 | Wells | K. | Orange | Brown | Yes | | | 15.5 | | | 15.5 | 28.733 | $ 668.04 | $ 590.89 | $ 1,258.93 |
| 45581 | Williams | G. | South | North | | Yes | Yes | | 31 | 19 | 50 | 19.695 | $ 1,477.13 | $ 1,306.53 | $ 2,783.65 |
| 44625 | Wilson | T. | South | West - Grn | | Yes | Yes | | 12 | 21 | 33 | 22.508 | $ 1,114.15 | $ 985.47 | $ 2,099.62 |
| | | | | | | | | | | | | | $ 56,536.08 | $ 50,006.52 | $ 106,542.60 |

**December 10, 2010 Section Pick**

| Section Change Report | | | | | Training Needed | | | Must Sheets | | | | Damage Calculations | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EE Info | | | | | | | | Required Training Hours | | | | | | | |
| Badge No. | Last Name | First Name | Current Section | Picked Section | TW | SW | RTO | TW | SW | RTO | Total Hours Required | Base Rate of Pay | Unpaid Wages | Liquidated Damages | Total Damages |
| 35452 | Acosta | Jesus | Blue | Green-West | | | Yes | | | 4 | 4 | 28.644 | $ 114.58 | $ 101.34 | $ 215.92 |
| 44616 | Black | Z. | Green-South | Red-South | | Yes | Yes | | 4 | 4 | 8 | 28.135 | $ 225.08 | $ 199.08 | $ 424.16 |
| 42328 | Blockman | Leon | Blue | Green-West | | Yes | | | 4 | | 4 | 28.135 | $ - | $ - | $ - |
| 36095 | Bowman | Samuel | Blue | Green-West | | | Yes | | | 4 | 4 | 28.644 | $ 114.58 | $ 101.34 | $ 215.92 |
| 27414 | Davis | Martice | Blue | Green-West | | Yes | | | 4 | | 4 | 28.733 | $ 114.93 | $ 101.66 | $ 216.59 |
| | Doss | Randy | Green-West | Blue | | Yes | | | 8 | | 8 | 29.647 | $ 237.18 | $ 209.78 | $ 446.96 |
| 43901 | Dunn | N. | Blue | Green-West | | | Yes | | | 4 | 4 | 28.135 | $ 112.54 | $ 99.54 | $ 212.08 |
| 32376 | Fernbach | David | Blue | Green-West | | Yes | | | 4 | | 4 | 28.135 | $ 112.54 | $ 99.54 | $ 212.08 |
| 25410 | Gardner | Michelle | Green-South | Red-South | | Yes | | | 4 | | 4 | 28.733 | $ 114.93 | $ 101.66 | $ 216.59 |
| 23101 | Gee | M. | Green-South | Red-South | | Yes | | | 4 | | 4 | 28.733 | $ 114.93 | $ 101.66 | $ 216.59 |
| 39697 | Grant | Gregory | Green-South | Red-South | | Yes | Yes | | 4 | 4 | 8 | 28.135 | $ 225.08 | $ 199.08 | $ 424.16 |
| 39133 | Griffin | L. | Blue | Green-West | | Yes | Yes | | 4 | 4 | 8 | 28.644 | $ 229.15 | $ 202.69 | $ 431.84 |
| 27191 | Gutierrez | J. | Blue | Green-West | Yes | | | 8 | | | 8 | 28.751 | $ 230.01 | $ 203.44 | $ 433.45 |
| 31003 | Izaguirre | F. | Blue | Pink | | Yes | | | 8 | | 8 | 28.644 | $ 229.15 | $ 202.69 | $ 431.84 |
| 44485 | Langworthy | A. | Green-South | Red-South | | Yes | Yes | | 4 | 4 | 8 | 28.135 | $ 225.08 | $ 199.08 | $ 424.16 |
| 48167 | Moreno | Luis | Blue | Green-West | | Yes | | | 4 | | 4 | 21.101 | $ 84.40 | $ 74.66 | $ 159.06 |
| 49270 | Neloms | D. | Green-South | Red-South | | Yes | Yes | | 4 | 4 | 8 | 19.695 | $ 157.56 | $ 139.36 | $ 296.92 |
| 27222 | Price | D. | Blue | Pink | | | Yes | | | 4 | 4 | 28.644 | $ 114.58 | $ 101.34 | $ 215.92 |
| 45577 | Rasheed | Renaud-Amir | Blue | Green-West | Yes | Yes | Yes | 8 | 4 | 4 | 12 | 21.101 | $ 253.21 | $ 223.97 | $ 477.18 |
| 39657 | Ray | N. | Green-South | Red-South | | Yes | Yes | | 4 | 4 | 8 | 28.135 | $ 225.08 | $ 199.08 | $ 424.16 |
| 49355 | Reed | Charles | | | | | | | | | 16 | 19.695 | $ - | $ - | $ - |
| 49264 | Singleton | Michael | Pink | Green-West | | Yes | Yes | | 4 | 4 | 8 | 21.101 | $ 168.81 | $ 149.31 | $ 318.12 |
| 42508 | Smith | T. | Blue | Pink | | Yes | Yes | | 4 | 4 | 8 | 28.733 | $ 229.86 | $ 203.32 | $ 433.18 |
| 42124 | Thornton | D. | Green-South | Red-South | | Yes | Yes | | 4 | 4 | 8 | 28.644 | $ 229.15 | $ 202.69 | $ 431.84 |
| 49272 | Wallace | Steven | Blue | Green-West | | Yes | | | 8 | | 8 | 21.101 | $ 168.81 | $ 149.31 | $ 318.12 |
| 23444 | Weathers | Eric | Blue | Green-West | | | Yes | | | 4 | 4 | 28.644 | $ 114.58 | $ 101.34 | $ 215.92 |
| 24967 | White | A. | Green-West | Pink | | | Yes | | | 8 | 8 | 28.644 | $ 229.15 | $ 202.69 | $ 431.84 |
| 32304 | Williams | L. | Green-West | Green-West | | Yes | | | 4 | | 4 | 28.644 | $ 114.58 | $ 101.34 | $ 215.92 |
| 38562 | Williams | Olivia | Blue | Green-West | | Yes | | | 4 | | 4 | 28.135 | $ - | $ - | $ - |
| | | | | | | | | | | | | | $ 4,489.52 | $ 3,971.01 | $ 8,460.54 |

June 12, 2011 Section Pick

| Section Change Report | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EE Info | | | | | Training Needed | | | Required Training Hours | | | | Damage Calculations | | |
| Badge No. | Last Name | First Name | Current Section | Picked Section | TW | SW | RTO | TW | SW | RTO | Total Hours Required | Base Rate of Pay | Unpaid Wages | Liquidated Damages | Total Damages |
| 44480 | Arzuaga | Gilbert | Blue | 54th | | Yes | Yes | | 8 | 8 | 16 | 29.12 | $ 698.88 | $ 618.16 | $ 1,317.04 |
| 49345 | Brown | Takeesha | Green-South | Red-South | | | Yes | | | 4 | 4 | 22.235 | $ 133.41 | $ 118.00 | $ 251.41 |
| 37571 | Clermont | Frantz | 54th | Harlem | Yes | | | 4 | | | 4 | 29.739 | $ 178.43 | $ 157.83 | $ 336 26 |
| 49377 | Crespo | Carlos | Green-South | Red-South | | Yes | Yes | | 4 | 4 | 8 | 20.384 | $ - | $ - | $ - |
| 37441 | Curb | Kevin | Green-South | Red-South | | Yes | | | 4 | | 4 | 29.739 | $ 178.43 | $ 157.83 | $ 336 26 |
| 41632 | Daniels | Camelia | Blue | Green-West | | | Yes | | | 4 | 4 | 29.647 | $ 177.88 | $ 157.34 | $ 335 22 |
| 45041 | Delgado | Jamie | BLue | Green-West | Yes | | | 8 | | | 8 | 17.67 | $ 212.04 | $ 187.55 | $ 399.59 |
| 41981 | Donaldson | Michael | Green-South | Red-South | | | Yes | | | 4 | 4 | 29.647 | $ 177.88 | $ 157.34 | $ 335 22 |
| 48018 | Flennoy | Tiffany | Green-South | Red-South | | | Yes | | | 4 | 4 | 21.84 | $ 131.04 | $ 115.91 | $ 246 95 |
| 45571 | Gonzalez | Derek | Blue | Green-West | | Yes | Yes | | 4 | 4 | 8 | 23.296 | $ 279.55 | $ 247.27 | $ 526 82 |
| 49352 | Guyton | Shyron | Green-South | Red-South | Yes | | Yes | 5 | | 4 | 9 | 22.235 | $ - | $ - | $ - |
| 39419 | Levitt | Joshua | Blue | Green-West | | | Yes | | 4 | | 4 | 29.739 | $ 178.43 | $ 157.83 | $ 336 26 |
| 45692 | Manso | Anaira | Green-West | Blue | | | Yes | | 8 | | 8 | 23.717 | $ - | $ - | $ - |
| 20916 | Means | E. | Green-South | Red-South | | | Yes | | | 4 | 4 | 29.739 | $ 178.43 | $ 157.83 | $ 336 26 |
| 26335 | Montomgery-Smith | J. | Green-South | Red-South | | | Yes | | | 4 | 4 | 29.647 | $ 177.88 | $ 157.34 | $ 335 22 |
| 44250 | Ore | Gregory | O'Hare | 54th | | Yes | Yes | | 8 | 8 | 16 | 29.12 | $ 698.88 | $ 618.16 | $ 1,317.04 |
| 44356 | Ortiz | Jose | O'Hare | 54th | | | Yes | | | 8 | 8 | 29.647 | $ 355.76 | $ 314.68 | $ 670.44 |
| 39868 | Pickett | Tiffany | Green-West | Harlem | | Yes | Yes | | 4 | 4 | 8 | 29.12 | $ 349.44 | $ 309.08 | $ 658.52 |
| 49265 | Reaves | Amber | Green-South | Red-South | Yes | | Yes | 5 | | 4 | 9 | 21.84 | $ 294.84 | $ 260.79 | $ 555 63 |
| 35614 | Roberts | R. | O'Hare | Harlem | | | Yes | | | 4 | 4 | 29.647 | $ 177.88 | $ 157.34 | $ 335 22 |
| 42826 | Rowlett | Dondria | Blue | Green-West | | SW | | | 4 | | 4 | 29.12 | $ 174.72 | $ 154.54 | $ 329 26 |
| 45698 | Santiago | Edwin | Harlem | Pink | | | Yes | | 8 | 8 | 8 | 23.717 | $ - | $ - | $ - |
| 49263 | Shadrick | Marcus | Green-South | Red-South | | Yes | Yes | | 4 | 4 | 8 | 21.84 | $ - | $ - | $ - |
| 49615 | Watkins | Elvin | Green-South | Red-South | | | Yes | 5 | | 4 | 9 | 21.84 | $ - | $ - | $ - |
| 44182 | Wilson | Gwendolyn | Green-West | Blue | | | Yes | | | 8 | 8 | 29.647 | $ 355.76 | $ 314.68 | $ 670.44 |
| 44653 | Yi | Tong | Blue | Green-West | Yes | | | 8 | | | 8 | 29.757 | $ 357.08 | $ 315.84 | $ 672 93 |
| | | | | | | | | | | | | | $ 5,466.68 | $ 4,835.31 | $ 10,301.99 |

June 12, 2011 Section Pick

| | Section Change Report | | | | | | Must Sheets | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EE Info | | | | Training Needed | | Required Training Hours | | | | Damage Calculations | | |
| Badge No. | Last Name | First Name | Current Section | Picked Section | TW | SW | RTO | TW | SW | RTO | Total Hours Required | Base Rate of Pay | Unpaid Wages | Liquidated Damages | Total Damages |
| 39589 | Aryee | Priscilla | | | | Yes | | | | | 16 | 29.739 | $ 713.74 | $ 631.30 | $ 1,345.04 |
| 37569 | Aviles | Jose | Blue | Pink | | | Yes | | | 8.0 | 8 | 29.647 | $ 355.76 | $ 314.68 | $ 670.44 |
| 39334 | Blakley | Kyle | Blue | Pink | Yes | | | 8.0 | | | 8 | 29.739 | $ 356.87 | $ 315.65 | $ 672.52 |
| 48404 | Boyd | Gregory | Green-West | Blue | Yes | | | 8.0 | | | 8 | 29.12 | $ 349.44 | $ 309.08 | $ 658.52 |
| 20822 | Coleman | Joey | Pink | Green-West | | Yes | | | 4.0 | | 4 | 29.647 | $ 177.88 | $ 157.34 | $ 335.22 |
| 32209 | Collier-Wilbouren | Inga | Blue | Pink | | | Yes | | | 8.0 | 8 | 29.739 | $ 356.87 | $ 315.65 | $ 672.52 |
| 39288 | Davis-Shaw | Charisse | Blue | Green-West | | Yes | | | 4.0 | | 4 | 29.647 | $ 177.88 | $ 157.34 | $ 335.22 |
| 49350 | Eddington | Ebonie | Blue | Green-West | | Yes | Yes | | 4.0 | 4.0 | 8 | 22.304 | $ 267.65 | $ 236.74 | $ 504.38 |
| 32316 | Gibson | Eric | Green | Pink | | | Yes | | | 8.0 | 8 | 29.647 | $ 355.76 | $ 314.68 | $ 670.44 |
| 42122 | Henry | Teona | | Blue | Yes | | Yes | 8.0 | | 8.0 | 16 | 29.12 | $ 698.88 | $ 618.16 | $ 1,317.04 |
| 39337 | Jones | Frederick | | | | | | | | | 16 | 29.739 | $ 713.74 | $ 631.30 | $ 1,345.04 |
| 45572 | Junious | Derron | Blue | Pink | | | Yes | | | 8.0 | 8 | 23.791 | $ 285.49 | $ 252.52 | $ 538.01 |
| 51323 | Lloyd | Kimeatha | Blue | Green-West | | Yes | | | 4.0 | | 4 | 19.271 | $ 115.63 | $ 102.27 | $ 217.90 |
| 48767 | Marbury | Julius | Greem-West | Blue | Yes | | | 8.0 | | | 8 | 21.84 | $ 262.08 | $ 231.81 | $ 493.89 |
| 48654 | Martinez | Ramon | Pink | Green-West | | Yes | | | 4.0 | | 4 | 29.647 | $ 177.88 | $ 157.34 | $ 335.22 |
| 39865 | Middleton | T. | | | | | | | | | 16 | 29.739 | $ 713.74 | $ 631.30 | $ 1,345.04 |
| 26495 | Mullin | Francis | Blue | Green-West | Yes | | | 4.0 | | | 4 | 29.739 | $ 178.43 | $ 157.83 | $ 336.26 |
| 45575 | Perez | Gregory | Blue | Green-West | Yes | Yes | | 4.0 | 4.0 | | 8 | 23.296 | $ 279.55 | $ 247.27 | $ 526.82 |
| 45576 | Perez | Thomas | Pink | Green-West | Yes | Yes | | 4.0 | 4.0 | | 8 | 23.296 | $ 279.55 | $ 247.27 | $ 526.82 |
| 42213 | Rivera | Moises | Blue | Green-West | Yes | | | 4.0 | | | 4 | 29.739 | $ 178.43 | $ 157.83 | $ 336.26 |
| 44230 | Ruiz | Noemi | Green | Pink | | | Yes | | | 8.0 | 8 | 29.647 | $ 355.76 | $ 314.68 | $ 670.44 |
| 49614 | Shane | Robin | Red-South | Green-South | Yes | | | 4.0 | | | 4 | 21.84 | $ 131.04 | $ 115.91 | $ 246.95 |
| 51337 | Sykes | Shallon | Blue | Green-West | | | Yes | | | 4.0 | 4 | 19.271 | $ 115.63 | $ 102.27 | $ 217.90 |
| 48406 | Townsend | Christopher | Pink | Green-West | | Yes | | | 4.0 | | 4 | 29.647 | $ 177.88 | $ 157.34 | $ 335.22 |
| 45695 | Velez | Ernesto | Blue | Green-West | Yes | Yes | | 4.0 | 4.0 | | 8 | 23.717 | $ - | $ - | $ - |
| 24848 | Williams | Jule | Blue | Green-West | | | Yes | | | 4.0 | 4 | 29.739 | $ 178.43 | $ 157.83 | $ 336.26 |
| 39536 | Williams | Woody | Red-South | Green-South | | | | | | | 32 | 29.647 | $ 1,423.06 | $ 1,258.70 | $ 2,681.76 |
| 51366 | Willett | Reginald | Green-South | Red-South | | | Yes | | | 4.0 | 4 | 19.271 | $ 115.63 | $ 102.27 | $ 217.90 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | $ 9,492.68 | $ 8,396.34 | $ 17,889.02 |

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHARLIE PEACOCK AND JOSE ORTIZ,    )
on behalf of themselves and all other persons    )
similarly situated, known and unknown,    )
                                                    )
                Plaintiffs,    )    Case No. 12 CV 334
                                                    )
               v.    )    Magistrate Judge Finnegan
                                                    )
CHICAGO TRANSIT AUTHORITY,    )
                                                    )
               Defendant.    )

**CONSENT TO JOIN SUIT AS A PARTY PLAINTIFF**
***(This form must be completed in ink, not pencil.)***

       I swear and affirm that the following statements are true to the best of my knowledge. By my signature below I represent to the Court that I was employed by Defendant Chicago Transit Authority ("CTA") at some point from April 5, 2009 to December 31, 2011. During that time frame, I was not paid overtime wages when I voluntarily picked to work in a new section, out of a different terminal, or on a different rail line but was required to undergo additional training by the CTA. I understand that this suit is brought pursuant to state and federal law, and specifically the Fair Labor Standards Act of 1938, 29 U.S.C. Section 201, *et seq.* ("FLSA"), the Illinois Minimum Wage Law, 820 ILCS 105/1, *et seq.* ("IMWL"), and the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, *et seq.* ("IWPCA"). I also understand that the lawsuit seeks recovery for liquidated damages and attorneys' fees. I authorize through this Consent the settlement of this lawsuit in my name and on behalf of similarly situated persons. I also nominate and authorize Charlie Peacock and Jose Ortiz, the Named Plaintiffs herein, to comprise the Settlement Committee and represent me in settlement negotiations. I agree to be bound by the terms of the settlement agreement and release executed on February 20, 2013.

_____
*Sign Name*

_____
*Date Signed*

_____
*Street Address, City, State, Zip*

_____
*Home/Cellular Telephone Number*

_____
*CTA Badge No.*

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLIE PEACOCK AND JOSE ORTIZ, | ) | |
| on behalf of themselves and all other persons | ) | |
| similarly situated, known and unknown, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 12 CV 334 |
| | ) | |
| v. | ) | Magistrate Judge Finnegan |
| | ) | |
| CHICAGO TRANSIT AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO AUTHORIZE NOTICE AND FOR FINAL APPROVAL
OF SETTLEMENT AGREEMENT AND RELEASE**

Charlie Peacock and Jose Ortiz ("Named Plaintiffs"), by their undersigned attorneys, and Defendant Chicago Transit Authority ("CTA"), by its undersigned attorneys, move this Court to authorize notice of a collective action and for final approval of their settlement agreement (attached as Exhibit 1), for approval of a Consent to Join Suit as a Party Plaintiff ("Consent") (attached as Exhibit 1-B), for approval of a mailing of a notice of settlement (attached as Exhibit 1-D), and for inclusion of their settlement agreement in a final judgment (attached as Exhibit 1-E). In support of this motion, Plaintiffs and the CTA state:

1.      On January 17, 2012, Named Plaintiffs filed a complaint in the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 12 C 00334 (the "Litigation"), alleging a collective action under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.* ("FLSA"), and class action under the Illinois Minimum Wage Law, 820 ILCS 105/1, *et seq.* ("IMWL"), and the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, *et seq.* ("IWPCA"), for CTA's alleged failure to pay rail operations employees for time CTA

1

required them to train in connection with system and section picks when those employees voluntarily picked to work in a new Section, to work out of a different terminal, or to work on a different rail line.

2.      Effective April 5, 2012, by agreement of the parties, the statute of limitations was tolled effective April 5, 2012, such that there are two system picks and three section picks at issue in the Litigation, as follows: August 2, 2009 System Pick; February 2, 2010 System Pick; December 10, 2010 Section Pick; June 12, 2011 Section Pick; and November 20, 2011 Section Pick (collectively, the "2009-2011 Picks").

3.      Four individuals ("Opt-in Plaintiffs") have given their consents in writing to become parties to the Litigation and have given written authorization to the Named Plaintiffs to represent them and have agreed in writing to be bound by any settlement of the case or adjudication by the Court.

4.      The attorneys for Named Plaintiffs and Opt-in Plaintiffs have had the opportunity to examine CTA's records related to the 2009-2011 Picks, and CTA has identified additional rail operations employees who may have claims with respect to this Litigation ("Eligible Plaintiffs").

5.      On or about February 20, 2013, the Named Plaintiffs and Opt-in Plaintiffs reached a settlement agreement.  See Exhibit 1.

6.      Parties to an FLSA lawsuit may settle disputed claims by means of a stipulated judgment entered by the district court after scrutinizing the settlement for fairness.  *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982).  The parties propose that the settlement agreement be entered as part of a stipulated final judgment in this case.

7.      Under the settlement agreement, the CTA agrees to pay up to $320,734.92 in the aggregate allocated in the Final Settlement Agreement and Release ("settlement agreement")

individually to the Named Plaintiffs, Opt-in Plaintiffs, and to those Eligible Plaintiffs who submit a signed Consent in sufficient time to have Plaintiffs' counsel file it with the Federal Court no later than June 18, 2013. Under the settlement agreement, the CTA also agrees to pay the attorneys for Named Plaintiffs and Opt-in Plaintiffs $64,000.00 in fees and costs. The CTA also agrees to bear its own attorney fees and costs and shall not seek attorneys' fees and costs from any Plaintiff or attorneys for Named Plaintiffs and Opt-in Plaintiffs.

8.      The settlement agreement provides for Notice of Right to Join Lawsuit and Summary of Settlement Agreement by first class mail paid by Plaintiffs to the last known addresses of the Eligible Plaintiffs. The parties stipulate and request that the Court authorize notice to Eligible Plaintiffs, pursuant to 29 U.S.C. § 216(b), so that they may have the opportunity to opt-in to this collective action and agree to be bound by the terms of the settlement agreement.

9.      Under the settlement agreement, Named and Opt-in Plaintiffs release the CTA from all allegations or claims which have been raised or which could have been raised by, or which arise from or relate to the facts, transactions, occurrences, or subject matter described in or encompassed by, the Litigation through the date the settlement agreement was signed.

10.     Once any Eligible Plaintiff timely signs a Consent to Join Suit as a Party Plaintiff, that individual will be represented by Plaintiffs' attorneys and will be an additional Opt-in Plaintiff who similarly releases the CTA as referenced above in Paragraph 9.

11.     The Court should approve the settlement agreement because it is fair, adequate, reasonable, and in the best interests of Plaintiffs. The amount of compensable time and the hourly rates for the compensable time at issue herein are disputed as is Plaintiffs' claim for liquidated damages. The attorneys for Named Plaintiffs and Opt-in Plaintiffs have had the

opportunity to examine Plaintiffs' training and payroll records as well as other CTA documents throughout the course of this litigation.  It is clear that any additional litigation of this suit would be protracted.  There has been no collusion in reaching a settlement.

12.     The parties request that the settlement agreement be entered as an order of the Court and that the terms of the settlement agreement be expressly incorporated into the Court's order granting final approval of the settlement agreement.  The parties further request that the Court dismiss the Litigation without prejudice effective  June 26, 2013, and that the Court retain jurisdiction over the Litigation for a period of 60 days after entry of the order for purposes of enforcing the parties' settlement agreement.  The parties further request that the Court issue an order dismissing the Litigation with prejudice if no party files a motion to enforce the settlement agreement within 60 days after entry of the order dismissing the Litigation without prejudice.

WHEREFORE, pursuant to the terms of the settlement agreement, Plaintiffs and the CTA jointly request that this Court:

a.     Find that the settlement agreement attached hereto as Exhibit 1 is fair, adequate, reasonable, and in the best interests of Plaintiffs;

b.     Approve the form of Consent attached hereto as Exhibit 1-B.

c.     Approve the form of notice of settlement by first class mail attached hereto as Exhibit 1-D and direct that, within five (5) business days after the date of the order approving the settlement agreement, CTA shall provide attorneys for Named Plaintiffs and Opt-in Plaintiffs with the last known address of the Eligible Plaintiffs and, within ten (10) business days thereafter, attorneys for Named Plaintiffs and Opt-in Plaintiffs shall mail or cause to be mailed at their own expense the aforesaid form of notice of settlement, with all blanks appropriately filled

in, by first class mail, postage prepaid, to all Eligible Plaintiffs at their last known addresses on file with CTA;

      d.     Find that the mailing of the form of notice attached hereto as Exhibit 1-D is valid, due, and sufficient notice to the Eligible Plaintiffs of these proceedings and of the settlement agreement and that such notice constitutes the best notice practicable under the circumstances and complies fully with the requirements of the Federal Rules of Civil Procedure, the Constitution of the United States, and any other applicable law;

      e.     Enter an order in substantially the same form as Exhibit 1-E and enter a final judgment in this case incorporating the aforesaid order as well as the settlement agreement.

Dated:  February 21, 2013           Respectfully submitted,

By:   _Rachel Kapl_____
One of Defendant's Attorneys

By:   _____
One of Attorneys for Named Plaintiffs and
Opt-in Plaintiffs

David Montgomery
Rachel Kaplan
Chicago Transit Authority
567 West Lake Street
Chicago, Illinois 60661
(312) 681-2900

Anita Tanay
Taylor E. Muzzy
Jacobs, Burns, Orlove & Hernandez
122 S. Michigan, Suite 1720
Chicago, Illinois 60603
(312) 372-1646

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLIE PEACOCK AND JOSE ORTIZ, | ) | |
| on behalf of themselves and all other persons | ) | |
| similarly situated, known and unknown, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 12 CV 334 |
| | ) | |
| v. | ) | Magistrate Judge Finnegan |
| | ) | |
| CHICAGO TRANSIT AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF RIGHT TO JOIN LAWSUIT AND SUMMARY OF
SETTLEMENT AGREEMENT**

INTRODUCTION

The purpose of this Notice is to inform you of the existence of a collective action lawsuit and settlement in which you are potentially "similarly situated" to the Named Plaintiffs Charlie Peacock and Jose Ortiz ("Plaintiffs"), to advise you of how your rights may be affected by this lawsuit and settlement, and to instruct you on the procedure for participating in this lawsuit and settlement if you decide that it is appropriate and you should do so.

DESCRIPTION OF THIS CASE

On January 17, 2012, Plaintiffs filed this collective action under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.* ("FLSA"), and class action under the Illinois Minimum Wage Law, 820 ILCS 105/1, *et seq.* ("IMWL"), and the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, *et seq.* ("IWPCA").

Plaintiffs alleged that that CTA violated the FLSA, IMWL and IWPCA by not paying rail operations employees for time CTA required them to train in connection with system and section picks when those employees voluntarily picked to work in a new Section, to work out of a different terminal, or to work on a different rail line.

**You have been identified as a CTA rail operations employee who, during the period April 5, 2009 through December 31, 2011, voluntarily picked to work in a new section, out**

1

**of a different terminal, or on a different rail line and CTA required you to receive additional training for which you were not compensated.**

NOTICE OF YOUR RIGHT TO JOIN LAWSUIT AND SETTLEMENT AGREEMENT

You have a right to participate in this lawsuit and settlement. It is entirely your decision whether or not to join this lawsuit and settlement and your participation is completely voluntary. You are not required to join this lawsuit or settlement or take any action unless you want to. If you want to join this suit and settlement you may join (or "opt in" to the lawsuit) by mailing or delivering the yellow Consent to Become a Party Plaintiff form (See Exhibit A) to Plaintiffs' Counsel at the address listed below. **You must fully complete and deliver the yellow Consent form to Plaintiffs' counsel in sufficient time for Plaintiffs' attorney to file it with the federal court no later than June 18, 2013. Otherwise, you will not be able to participate in this lawsuit and settlement.**

If you choose not to join this lawsuit and settlement, you will not be affected by any judgment or settlement rendered in this case. If you choose not to join the lawsuit and settlement, you are free to file your own lawsuit, either on your own behalf of through an attorney of your own choice.

If you choose to join this lawsuit and settlement, your interests will be represented by Plaintiffs through their attorneys as counsel for the class. Counsel for the class is:

Anita Tanay
Taylor Muzzy
JACOBS, BURNS, ORLOVE & HERNANDEZ
150 N. Michigan Ave, Suite 1000
Chicago, IL 60601
312-372-1646

TERMS OF THE SETTLEMENT

A.   <u>Notice of Settlement</u>.  NOTICE IS HEREBY GIVEN, pursuant to an Order of the United States District Court for the Northern District of Illinois, dated February 26, 2013, that a settlement agreement has been reached in the above-captioned case. The full terms of the settlement are set forth in a Final Settlement Agreement and Release dated February 20, 2013 ("settlement agreement"). The settlement agreement and the complaint and other pleadings filed in the case are on file with the Clerk of the Court. If you want to obtain a copy of the settlement agreement or any other document related to this case, see the section of this Notice titled

"Inspection of Documents and Responses to Your Questions," below. This Notice generally describes the terms of the settlement agreement, but the settlement agreement itself is the controlling document and will govern in the case of any conflict with the provisions of this Notice.

      B.      <u>Unpaid Wages and Liquidated Damages</u>. CTA has agreed to pay Plaintiffs up to $320,734.92 in the aggregate allocated individually in the settlement agreement. THE SETTLEMENT AGREEMENT ALLOCATES $_____ TO YOU FOR UNPAID WAGES, WHICH IS SUBJECT TO THE USUAL AND CUSTOMARY WITHHOLDINGS AND DEDUCTIONS BY THE CTA. THE SETTLEMENT AGREEMENT ALSO ALLOCATES $_____ TO YOU FOR LIQUIDATED DAMAGES, WHICH IS NOT SUBJECT TO THE USUAL AND CUSTOMARY WITHHOLDINGS AND DEDUCTIONS BY CTA. CTA will issue an IRS Form 1099 for the liquidated damages amount.

**TO RECEIVE YOUR PAYMENT YOU MUST SIGN, DATE, AND COMPLETE THE ENCLOSED CONSENT (SEE EXHIBIT A) AND RETURN IT TO PLAINTIFFS' ATTORNEY (Taylor E. Muzzy at Jacobs, Burns, Orlove & Hernandez, 150 N. Michigan Ave, Suite 1000, Chicago, IL 60601) IN SUFFICIENT TIME FOR PLAINTIFFS' ATTORNEY TO FILE IT WITH THE FEDERAL COURT NO LATER THAN June 18, 2013.**

      If you <u>timely return</u> the completed Consent, the settlement agreement <u>will be binding</u> on you and you <u>will waive</u> any and all claims you may have against CTA related to unpaid wages in connection with a system or section pick during the period of time April 5, 2009 through December 31, 2011. If you <u>do not timely return</u> the completed Consent, the settlement agreement is <u>not binding</u> on you, you <u>will not receive</u> a payment under the settlement agreement, and you <u>will not waive</u> any claims.

      IMPORTANT NOTE: No later than 45 days after Plaintiffs' attorneys provide CTA with a copy of all of the aggregated consents, CTA will mail the sums allocated to the settlement, provided that you have returned your fully completed Consent form in time for Plaintiffs' attorney to file it with the Federal Court no later than June 18, 2013. CTA will make payments by checks sent by first class mail, postage prepaid, and such checks shall be valid for not less than 120 days from their issuance.

      C.    <u>Attorneys' Fees and Costs</u>.  CTA in the settlement agreement has agreed to pay Plaintiffs' attorneys $64,000.00 in fees and costs for this case.  CTA has agreed to bear its own attorneys' fees and costs.

WHY THE SETTLEMENT IS FAIR, ADEQUATE, AND REASONABLE

      The settlement agreement was negotiated by Plaintiffs' attorneys, CTA's attorneys, and Plaintiffs.  The unpaid wages amount is based on the hours of training required by CTA, paid at the overtime rate of pay, plus 88.4506185121% of such unpaid wages in liquidated damages.  There was no collusion between the parties in reaching the settlement agreement.  Plaintiffs' attorneys are of the opinion that the settlement agreement is fair, adequate, and reasonable and in the best interest of the affected employees.

INSPECTION OF DOCUMENTS<br>AND RESPONSES TO YOUR QUESTIONS

      Should you wish to examine copies of any documents, including the settlement agreement, filed with this Court in this case, you may visit or contact the Office of the Clerk for that purpose, United States District Court for the Northern District of Illinois, during business hours, 9:00 a.m.-4:30 p.m., 219 S. Dearborn Street, 20th Floor, Chicago, Illinois.  A full copy of the settlement agreement may be obtained from Plaintiffs' counsel at the pre-paid cost of $25.00 to cover copying costs, mailing costs, and administrative costs.

      Should you have any questions, you may write to Plaintiffs' counsel at:

Anita Tanay<br>
Taylor Muzzy<br>
Jacobs, Burns, Orlove & Hernandez<br>
150 N. Michigan Ave, Suite 1000<br>
Chicago, IL 60601

or you may telephone Taylor Muzzy or Anita Tanay at (312) 372-1646 during normal business hours between 9:00 a.m. and 5:00 p.m., Monday through Friday.

CHANGE OF ADDRESS

      If your address has changed recently or if this Notice was not sent to your current address, please indicate your current address on the Consent form.

4

OTHER THAN TO OBTAIN INFORMATION ABOUT INSPECTING THE COURT FILES IN THIS CASE, PLEASE DO NOT CONTACT THE COURTS OR THE CLERKS' OFFICES FOR INFORMATION ABOUT THE SETTLEMENT AGREEMENT.

By Order of the Court, United States District Court, Northern District of Illinois

# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLIE PEACOCK AND JOSE ORTIZ, | ) | |
| on behalf of themselves and all other persons | ) | |
| similarly situated, known and unknown, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 12 CV 334 |
| | ) | |
| v. | ) | Magistrate Judge Finnegan |
| | ) | |
| CHICAGO TRANSIT AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER AUTHORIZING NOTICE OF RIGHT TO JOIN LAWSUIT AND
GRANTING FINAL APPROVAL OF SETTLEMENT AGREEMENT AND RELEASE

THIS MATTER COMING BEFORE THE COURT on the parties' joint motion for final
approval of settlement agreement and the Court being fully advised in the premises,

THE COURT HEREBY FINDS AND ORDERS:

1.      On January 17, 2012, Charlie Peacock and Jose Ortiz ("Named Plaintiffs") filed a
complaint in the United States District Court for the Northern District of Illinois, Eastern
Division, Case No. 12 C 00334 (the "Litigation"), alleging a collective action under the Fair
Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.* ("FLSA"), and class action under the
Illinois Minimum Wage Law, 820 ILCS 105/1, *et seq.* ("IMWL"), and the Illinois Wage
Payment and Collection Act, 820 ILCS 115/1, *et seq.* ("IWPCA"), for CTA's alleged failure to
pay rail operations employees for time CTA required them to train in connection with system
and section picks when those employees voluntarily picked to work in a new Section, to work
out of a different terminal, or to work on a different rail line.

1

2.      Effective April 5, 2012, by agreement of the parties, the statute of limitations was tolled effective April 5, 2012, such that there are two system picks and three section picks at issue in the Litigation, as follows: August 2, 2009 System Pick; February 2, 2010 System Pick; December 10, 2010 Section Pick; June 12, 2011 Section Pick; and November 20, 2011 Section Pick (collectively, the "2009-2011 Picks").

3.      Four individuals ("Opt-in Plaintiffs") have given their consents in writing to become parties to the Litigation and have given written authorization to the Named Plaintiffs to represent them and have agreed in writing to be bound by any settlement of the case or adjudication by the Court.

4.      The attorneys for Named Plaintiffs and Opt-in Plaintiffs have had the opportunity to examine CTA's records related to the 2009-2011 Picks and CTA has identified additional rail operations employees who may have claims with respect to this Litigation ("Eligible Plaintiffs").

5.      On or about February 20, 2013, the Named Plaintiffs and Opt-in Plaintiffs reached a settlement agreement.  See Exhibit 1.

6.      Parties to an FLSA lawsuit may settle disputed claims by means of a stipulated judgment entered by the district court after scrutinizing the settlement for fairness.  *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982).

7.      Under the Final Settlement Agreement and Release ("settlement agreement"), the CTA agrees to pay up to $320,734.92 in the aggregate allocated in the settlement agreement individually to the Named Plaintiffs, Opt-in Plaintiffs, and to those Eligible Plaintiffs who timely submit an executed Consent to Join Suit as a Party Plaintiff.  Under the settlement agreement, the CTA also agrees to pay the attorneys for Named Plaintiffs and Opt-in Plaintiffs $64,000.00 in fees and costs.  The CTA also agrees to bear its own attorneys' fees and costs and shall not seek

attorneys' fees and costs from any Plaintiff or attorneys for Named Plaintiffs and Opt-in Plaintiffs.

8.      Under the settlement agreement, Plaintiffs release the CTA from all allegations or claims which have been raised or which could have been raised by, or which arise from or relate to the facts, transactions, occurrences, or subject matter described in or encompassed by, the Litigation through the date the settlement agreement was signed.

9.      Pursuant to the parties' stipulation, the Court authorizes notice to Eligible Plaintiffs, pursuant to 29 U.S.C. § 216(b), so that they may have the opportunity to opt-in to this collective action and agree to be bound by the terms of the settlement agreement.  The Court finds that the distribution of the Notice of Right to Join Lawsuit and Summary of Settlement Agreement and Release by first class mail will fully and accurately inform all Plaintiffs of all material elements of the settlement agreement, constitutes the best notice practicable under the circumstances, and constitutes valid, due, and sufficient notice, complying with the requirements of the Federal Rules of Civil Procedure, the Constitution of the United States, and any other applicable law.

10.     The Court finds that the settlement agreement is fair, adequate, reasonable, and in the best interests of all Plaintiffs.  The settlement agreement offers to Plaintiffs a reasonable sum of overtime compensation and an additional reasonable amount of liquidated damages.  The amount of compensable time and Plaintiffs' entitlement to liquidated damages are disputed.  The attorneys for Named Plaintiffs and Opt-in Plaintiffs have had the opportunity to examine Plaintiffs' training and payroll records as well as other CTA documents throughout the course of this litigation.  It is clear that any additional litigation of this suit would be protracted.  There has

been no collusion in reaching a settlement. The Court therefore grants the joint motion for final approval of settlement agreement.

11. The Court finds, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that there is no just reason for delay and orders the entry of a final judgment in this case which shall incorporate the settlement agreement.

12. The settlement agreement is entered as an order of the Court and the parties are ordered to comply with, and to make performance as required under, the terms of the settlement agreement. The terms of the settlement agreement are expressly incorporated into this order. This case is dismissed without prejudice effective June 26, 2013 and the Court shall retain jurisdiction over the Litigation for a period of 60 days after entry of this Order for purposes of enforcing the parties' settlement agreement. The Litigation will be dismissed with prejudice by order of the Court if no party files a motion to enforce the settlement agreement within 60 days after the dismissal without prejudice.

DATE: _____     ENTER: _____
                                  HONORABLE SHEILA FINNEGAN
                                  Judge Presiding